UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN RINDAL,

                Plaintiff,

    v.

ROMAN S. DIXON, et al.,

                Defendants.

No. C23-1293RSL

ORDER TO SHOW CAUSE

       This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on August 23, 2023. To date, service of the summons and complaint has not been made on defendants within the time period set forth in Fed. R. Civ. P. 4(m). The Certificate of Service at Dkt. # 9 does not evidence proper service of the initial pleading under Fed. R. Civ. P. 4(e), (h), or (j). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than December 21, 2023. The Clerk of Court shall note this Show Cause on the Court's calendar for December 22, 2023.

       Dated this 30th day of November, 2023.

                              Robert S. Lasnik
                              United States District Judge