UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN RINDAL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN S. DIXON, et al.,<br><br>　　　　　Defendants. | NO. C23-1293RSL<br><br>ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT |

　　　This matter comes before the Court *sua sponte*. The complaint in this matter was filed on August 23, 2023. To date, plaintiff has failed to perfect service of the summons and complaint upon defendants or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m). The Court having given plaintiff notice of this deficiency at Dkt. # 10;

　　　IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED without prejudice .

　　　DATED this 26th day of December, 2023.

　　　　　　　　　　　　　　　　　*Robert S. Lasnik* (signature)
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT -1