UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE RINDAL,

        Plaintiff,

   v.

ROMAN S. DIXON, *et al.*,

        Defendants.

CASE NO. 2:23-cv-01293-RSL

ORDER OF DISMISSAL

On January 2, 2024, plaintiff was ordered to show proof that the defendants in the above-captioned matter had been properly served or face dismissal. Dkt. # 14. Plaintiff now seeks to withdraw his complaint. Dkt. # 15. Because no opposing party has served either an answer or a motion for summary judgment, voluntary dismissal is an option. Fed. R. Civ. P. 41(a)(1)(A)(i). The Court therefore vacates the order to show cause and directs the Clerk of Court to close this matter.

Dated this 19th day of January, 2024.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1